COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:    Judges Elder, Alston and Senior Judge Willis


NPM, INC. 25 AND
  MERCHANTS OF VIRGINIA, G.S.I.A.

                                                MEMORANDUM OPINION[*]
v.        Record No. 0246-13-4                          PER CURIAM
                                                      JUNE 11, 2013
JOHN BENJAMIN RODGERS


              FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (Joshua M. Wulf; Angela F. Gibbs; Midkiff, Muncie & Ross, P.C.,
              on brief), for appellants.

              (Robert J. Strayhorne, on brief), for appellee.


        NPM, Inc. 25 and Merchants of Virginia, G.S.I.A. (appellants) appeal rulings of the

Workers' Compensation Commission regarding claims for compensation relating to the January

8, 2010 work-related accident of John Benjamin Rodgers (appellee).  Appellants claim the

commission erred:  1) in finding that 25%, rather than 17%, of appellee's 37% permanent partial

disability rating for his left lower extremity was attributable to work-related injury; 2) in

crediting the opinions of appellee's treating physicians, rather than the physician who evaluated

appellee at appellants' request, in apportioning that disability rating; and 3) in finding that injury

to appellee's right knee was a compensable consequence of appellee's work-related accident.

We have reviewed the record and the commission's opinion and find that this appeal is without

merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion.  See

Rodgers v. NPM, Inc., VWC File VA000-0020-9041 (Jan. 10, 2013).  We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

in the materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

Affirmed.